FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2025

SEAN F. McAVOY, CLERK

*AUSA Assigned: MJE*

*County of Investigation: Okanogan*

*In Re: Affidavit for Criminal Complaint charging RANDALL PICARD with Felon in Possession of Firearms*

## AFFIDAVIT

STATE OF WASHINGTON    )
                      ) ss
County of Spokane          )

### <u>INTRODUCTION AND AGENT BACKGROUND</u>

1. I, Lindsay Sanders, Special Agent, being first duly sworn on oath, depose and state the following:

2. Your affiant is a Special Agent (SA) for the Federal Bureau of Investigation (FBI). This affidavit is in support of a Criminal Complaint charging Randall PICARD with Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

3. Your affiant has been employed with the Federal Bureau of Investigation (FBI) since December of 2021. Your affiant is currently assigned to the FBI's Spokane Resident Agency. Your affiant is currently assigned to investigating violent crimes in Indian Country on the Colville, Spokane, and Kalispel Indian Reservations. As an FBI Special Agent, your affiant has received extensive training in a variety of investigative and legal matters of violations of federal and state law. Your affiant has participated in numerous investigations.

4. Prior to your affiant's employment with the FBI, your affiant was a certified law enforcement officer in the state of New Mexico from 2015-2021.

During this time, your affiant was assigned to investigate various crimes including but not exclusive to violent crimes.

5.    Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code.

6.    This affidavit does not contain all of the information known to your affiant or to law enforcement regarding this investigation, but rather contains only those facts believed to be necessary to support the criminal complaint. Your affiant has personally participated in this investigation and the following information is derived from my personal observations, review of official documents, and information provided by other sworn law enforcement officers.

## STATEMENT OF PROBABLE CAUSE

7.    Your Affiant has reviewed police reports authored by officers with the Colville Tribal Police Department regarding multiple incidents concerning Randall PICARD which occurred on April 19 and 20, 2025. On April 19, 2025, officers were dispatched to a report of shots being fired in Omak, Washington. One witness, B.W., stated that the shooter was in a truck with a decal on the back windshield. A second witness, D.M., stated that the driver of a white truck had a firearm and fired several shots at him. D.M. advised that the firearm appeared to be a semi-automatic .22 with a large scope on it. A third witness, J.B., also identified the shooter as the driver of a white truck. J.B. advised the firearm appeared to be a rifle.

8.    On April 20, 2025, an officer performed a traffic stop on a vehicle matching the truck described by witnesses. The driver was identified as Randall PICARD; a passenger was identified as L.M. The vehicle – a white GMC Sierra – was registered to Randall PICARD and G.H.

Affidavit of Special Agent Lindsay Sanders
25-MJ-00229-JAG - 2

9.      Randall PICARD was read his Miranda warnings and agreed to speak with officers. PICARD stated that he had been in Omak on April 19 and denied having been the described shooter. PICARD stated that other persons had access to the vehicle. PICARD was released at the scene.

10.     The truck was seized pending a search warrant. During an inventory search, an officer located a rifle under the back seat. Officers ceased the inventory search the vehicle after finding the rifle.

11.     After discovering the rifle officers re-contacted PICARD and placed PICARD under arrest.

12.     Prior to a search warrant being executed on the truck, S.H. called dispatch and reported that, about two hours earlier, an older male and a younger male had showed up at S.H.'s residence in a white truck with a decal in the back window. The older male had grabbed a handgun from the younger male and had walked towards S.H. with the gun trained on S.H. After S.H. went back inside his residence, the older male grabbed a rifle from the truck and pointed it at S.H.'s residence. PICARD was placed in front of an officer's patrol vehicle; another officer then drove by with S.H. S.H. confirmed that the individual (PICARD) was the older male who had pointed the rifle at his residence and grabbed a handgun and walked towards him with it.

13.     A search warrant was obtained and executed on the white truck. A pistol was located in the glove compartment. The pistol was identified as a HS Produkt Hellcat 9mm pistol, serial number BA209286. Officers also seized the rifle observed under the back seat. The rifle was identified as a DPMS .22 caliber rifle, serial number F079328.

14.     On May 1, 2025, your Affiant spoke to Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Jared Tomaso over the phone. SA Tomaso had been sent photographs of both the HS Produkt Hellcat 9mm pistol and the DPMS

.22 caliber rifle. SA Tomaso, an interstate nexus expert, opined that, based on his training and experience, both firearms had travelled in interstate and/or foreign commerce prior to being recovered in the Eastern District of Washington.

15.    Your Affiant is aware that PICARD was convicted in 2007 of Possession with Intent to Distribute 50 Grams or More of Cocaine. Your Affiant is aware that PICARD was sentenced to 120 months imprisonment. PICARD accordingly has been convicted of an offense punishable by a term of imprisonment exceeded one year and knew of his status prior to April 19 and 20, 2025.

## CONCLUSION

16.    Based upon the information above and my knowledge and experience, there is probable cause to believe RANDALL PICARD violated 18 U.S.C. §§ 922(g)(1), 924(a)(8) (Felon in Possession of Firearms). S.H. identified PICARD as the male who had pointed a handgun and a rifle at S.H. and S.H.'s residence. The white truck driven by and registered to PICARD was found to contain a handgun and a rifle when PICARD was stopped by law enforcement a few hours later.

*Lindsay Sanders*

Lindsay Sanders, Special Agent
Federal Bureau of Investigation

SWORN to telephonically and signed electronically this 2nd day of May 2025.

James A. Goeke
United States Magistrate Judge

Affidavit of Special Agent Lindsay Sanders
25-MJ-00229-JAG - 4